IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUSTICE I. ALLAH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 2:12cv-637-WHA ) |
| CAPTAIN CHRISTBURG, et al., | ) (WO) ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #64), entered on July 27, 2015. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. Plaintiff's request for injunctive relief is DENIED as moot.

2. Defendants' Motions for Summary Judgment (Docs. #44 and #49) are GRANTED.

3. Final Judgment will be entered in favor of the Defendants.

DONE this 18th day of August, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE